IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| BRIGETTE BROOKHART,<br><br>    Plaintiff,<br><br>vs.<br><br>FINANCIAL INDEMNITY COMPANY, EMPIRE FIRE AND MARINE COMPANY, PROGRESSIVE NORTHERN INSURANCE COMPANY and RACHEL ANN FLASH,<br><br>    Defendants. | No. 22-cv-70-MAR<br><br>**REPORT AND RECOMMENDATION** |

_____

Before the Court is Plaintiff's Amended Motion for Default Judgment (Rachel Ann Flash), filed on March 31, 2023. (Doc. 40.) On January 26, 2023, Plaintiff filed a motion for entry of default as to Rachel Ann Flash. (Doc. 29.) On February 22, 2023, the Clerk of Court entered default against Rachel Ann Flash. (Doc. 36.) As of the date of this order, Defendant Rachel Ann Flash has not entered an appearance or filed an answer. Therefore, because Defendant Rachel Ann Flash has not consented in this matter like the other parties, I am filing this Report and Recommendation for the Court's consideration, pursuant to *Lori Scott, et al., v. Susie Scott Washington, et al.*, No. C17-2016-LTS, 2018 WL 3460397 (N.D. Iowa May 3, 2018).

As indicated above, Defendant Rachel Ann Flash has had significant time to file an Answer or responsive pleading in this case and has failed to do so. I respectfully recommend that the District Court grant Plaintiff's Amended Motion for Default Judgment of Rachel Ann Flash (Doc. 40) and enter default judgment against Rachel Ann Flash.

I further recommend that, after completion of his ruling on the instant Report and Recommendation, that the Court confirm the case remains referred to me to conduct all

further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c) and the consent of the parties.

The parties must file objections to this Report and Recommendation within fourteen (14) days of the service of a copy of this Report and Recommendation, in accordance with 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b). Objections must specify the parts of the Report and Recommendation to which objections are made, as well as the parts of the record forming the basis for the objections. See Fed. R. Civ. P. 72. Failure to object to the Report and Recommendation waives the right to de novo review by the District Court of any portion of the Report and Recommendation as well as the right to appeal from the findings of fact contained therein. *United States v. Wise*, 588 F.3d 531, 537 n.5 (8th Cir. 2009).

**DONE AND ENTERED** at Cedar Rapids, Iowa, this 3rd day of April, 2023.

Mark A. Roberts, United States Magistrate Judge
Northern District of Iowa